**Best Case Bankruptcy**

McMahan, John Pearson

## Liquidation Summary

| Description | Amount |
|---|---|
| Total Property Value | 287,149.00 |
| Less: | |
| Schedule D. Secured Claims | 189,815.00 |
| Schedule E. Priority Claims | 45,000.00 |
| Schedule C. Exemptions | 23,259.00 |
| Administrative Costs | 1,500.00 |
| | ---------------- |
| Available to General Unsecured | 27,575.00 |
| Total General Unsecured | 531,469.28 |
| Percent Distribution | 5.2% |
| Details: | |
| Property from Schedule A. | 156,412.00 |
| Property from Schedule B. | 130,737.00 |
| Unsecured from Schedule D. | 119,820.00 |
|     Includes Avoided Liens | 0.00 |
| Unsecured from Schedule E. | 0.00 |
| Unsecured from Schedule F. | 411,649.28 |