**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:                                                                                          CASE NO. 3:10-bk-05478

John P. McMahan, Sr.
d/b/a/ Mac's Tree and Hauling Service

        Debtor(s).
_____/

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the Disclosure Statement and Plan of Reorganization were mailed by United States First Class Mail or electronic mail on August 10, 2010 to United States Trustee Office, Middle District of Florida, Room 620, 135 W. Central Blvd., Orlando, FL 32801; Internal Revenue Service, Centralized Insolvency Operations, P.O. Box 44016, Philadelphia, PA 19114-0326; Branch of Reorganization, Atlanta Regional Office, United States Securities & Exchange Commission, 3475 Lenox Road, N.E., Suite #1000, Atlanta, Georgia, 30326-1323; John D. Elrod, 3290 Northside Parkway, Suite 400, Atlanta, Georgia; Scott Weiss, 1800 N.W. 49th Street, Suite 120, Fort Lauderdale, Florida 33309; W. Patrick Ayers, 302 Knights Run Avenue, Suite 1100, Tampa, Florida 33602; Leslie S. White, P.O. Box 3146, Orlando, Florida 32802; and Mark S. Mitchell, 50 N. Laura Street, Suite 2500, Jacksonville, Florida 32202;

                                                      /s/ Jason A. Burgess
                                                      Jason A. Burgess
                                                      Florida Bar No. 40757
                                                     Attorney for Debtor in Possession
                                                      2350 Park Street
                                                      Jacksonville, FL 32204
                                                      (904) 521-9868
                                                      jason@jasonaburgess.com